195 So.2d 645

## OSBORN FUNERAL HOME, INCORPORATED

v.

## LOUISIANA STATE BOARD OF EMBALMERS.

No. 48596.

March 10, 1967.

In re: Louisiana State Board of Embalmers applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 194 So.2d 185.

The application is denied. The application is premature as the ruling complained of is not a final judgment.

195 So.2d 645

## Alfred Lee MATHERNE

v.

## STATE of Louisiana.

No. 48605.

March 10, 1967.

In re: Alfred Lee Matherne applying for writ of habeas corpus.

Writ denied. The showing made by relator is not sufficient to justify this court's exercising its original or supervisory jurisdiction.